ZIEVE, BRODNAX & STEELE, LLP
Shadd A. Wade, Esq.
Nevada Bar No. 11310
3753 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Tel:   (702) 948-8565
Fax:   (702) 446-9898
swade@zbslaw.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| OCWEN LOAN SERVICING, LLC<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BFP INVESTMENTS 5, LLC,<br><br>　　　　Defendants.<br><br>―――――――――――――――――<br>AND ALL RELATED CLAIMS. | Case No.: 2:15-cv-01841-APG-CWH<br><br>**NOTICE OF DISASSOCIATION AND WITHDRAWAL OF COUNSEL** |

　　　Shadd A Wade, Esq. hereby gives notice that Shadd A. Wade, Esq. is no longer an attorney associated with Wright, Finlay & Zak, LLP. Shadd A. Wade, Esq. requests that he no longer receive notices related to this case. WRIGHT, FINLAY & ZAK, LLP will remain counsel of record and should continue to receive notices related to this case.

　　　DATED this __14th__ day of June, 2017.

IT IS SO ORDERED.

DATED: June 16, 2017

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

ZIEVE, BRODNAX & STEELE, LLP

 /s/ Shadd A. Wade, Esq._____
Shadd A. Wade, Esq.
Nevada Bar No. 11310
3753 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Tel:   (702) 948-8565
Fax:   (702) 446-9898
swade@zbslaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of ZIEVE, BRODNAX & STEELE, LLP; that service of the foregoing **NOTICE OF DISASSOCIATION AND WITHDRAWAL OF COUNSEL** was made on the _14th____ day of June, 2017, by electronic service to all parties and counsel as identified on the Court-generated Notice of Electronic Filing.

                                          ___/s/ Ryan Bradford_____
                                          An employee of ZIEVE, BRODNAX & STEELE, LLP