WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith, Esq.
Nevada Bar No. 5506
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
esmith@wrightlegal.net
*Attorneys for Plaintiff, Ocwen Loan Servicing, LLC*

# UNITED STATES DISTRICT COURT

# CLARK COUNTY, NEVADA

| | |
|---|---|
| OCWEN LOAN SERVICING, LLC, a Florida Company,<br><br>Plaintiff,<br><br>vs.<br><br>BFP INVESTMENTS 5, LLC, a Nevada Limited Liability Company,<br><br>Defendant. | Case No.: 2:15-CV-01841-APG-CWH<br><br>**MOTION TO WITHDRAW PATRICK J. DAVIS, ESQ. AS ATTORNEY OF RECORD** |

EDGAR C. SMITH, ESQ. of the law firm WRIGHT, FINLAY & ZAK, LLP, hereby requests that Patrick J. Davis, Esq. be withdrawn as counsel of record in the above-referenced matter. Patrick J. Davis, Esq. is no longer employed at WRIGHT, FINLAY & ZAK LLP as of February 16, 2018, and no longer represents Plaintiff, Ocwen Loan Servicing, LLC.

The law firm of WRIGHT, FINLAY & ZAK, LLP, 7785 W. Sahara Ave., Suite 200, Las Vegas, Nevada 89117, will remain as counsel of record for Plaintiff, Ocwen Loan Servicing, LLC. For the reason that Mr. Davis is no longer associated with the law firm of WRIGHT,

///

///

///

///

1  FINLAY & ZAK, LLP, counsel asks that this motion be granted and that Patrick J. Davis, Esq.
2  be withdrawn as counsel of record and removed from the service list.

4  DATED this ____ day of February, 2018.

                          WRIGHT, FINLAY & ZAK, LLP

                          */s/Edgar C. Smith, Esq.*
                          Edgar C. Smith, Esq.
                          Nevada Bar No. 5506
                          7785 W. Sahara Ave., Suite 200
                          Las Vegas, NV 89117
                          (702) 475-7964; Fax: (702) 946-1345
                          esmith@wrightlegal.net
                          *Attorney for Plaintiff, Ocwen Loan Servicing, LLC*

## **ORDER**

      IT IS HEREBY ORDERED that the Motion to Withdraw Patrick J. Davis, Esq. as Attorney of Record is hereby granted.

IT IS SO ORDERED
DATED: February 22, 2018

                          _____
                          UNITED STATES MAGISTRATE JUDGE