WRIGHT, FINLAY & ZAK, LLP
Robert Riether, Esq.
Nevada Bar No. 12076
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
rriether@wrightlegal.net
*Attorney for Plaintiff, Ocwen Loan Servicing, LLC*

**UNITED STATES DISTRICT COURT**
**CLARK COUNTY, NEVADA**

| | |
|---|---|
| OCWEN LOAN SERVICING, LLC, a Florida Company,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>BFP INVESTMENTS 5, LLC, a Nevada Limited Liability Company,<br><br>　　　　　Defendant. | Case No.:　2:15-CV-01841-APG-EJY<br><br>**EX PARTE MOTION TO REMOVE COUNSEL FROM SERVICE LIST** |

COMES NOW, Plaintiff, Ocwen Loan Servicing, LLC by and through its attorney of record Robert Riether, Esq. of the law firm Wright, Finlay & Zak, LLP and requests the removal of Dana Jonathon Nitz, Esq. ("Mr. Nitz") from the Service List in the above-captioned matter. This case was reassigned within Wright, Finlay & Zak, LLP to Robert Riether, Esq. Subsequent filings have been made and Mr. Nitz is receiving notices of the proceedings in this case. As a result, it is no longer necessary that Mr. Nitz receive notice of the ongoing proceedings.

///

///

///

Accordingly, the undersigned counsel requests that Dana Jonathon Nitz, Esq. be removed from the Service List in this matter.

DATED this 13th day of November, 2019.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Robert Riether, Esq.*
Robert Riether, Esq.
Nevada Bar No. 12076
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
*Attorney for Plaintiff, Ocwen Loan Servicing, LLC*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: November 14, 2019