WRIGHT, FINLAY & ZAK, LLP
Robert Riether, Esq.
Nevada Bar No. 12076
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
rriether@wrightlegal.net
*Attorney for Plaintiff, Ocwen Loan Servicing, LLC*

**UNITED STATES DISTRICT COURT**
**CLARK COUNTY, NEVADA**

| | |
|---|---|
| OCWEN LOAN SERVICING, LLC, a Florida Company,<br><br>Plaintiff,<br>vs.<br><br>BFP INVESTMENTS 5, LLC, a Nevada Limited Liability Company,<br><br>Defendant. | Case No.: 2:15-CV-01841-APG-EJY<br><br>**NOTICE OF DISASSOCIATION AND WITHDRAWAL OF COUNSEL** |

Plaintiff, Ocwen Loan Servicing, LLC (hereinafter referred to as "Ocwen"), by and through its attorney of record of the law firm of Wright, Finlay & Zak, LLP, hereby gives notice that Chelsea Crowton, Esq.; Christopher A.J. Swift, Esq.; and Edgar C. Smith, Esq. are no longer attorneys associated with Wright, Finlay & Zak, LLP. Wright Finlay & Zak, LLP will continue to represent Ocwen and requests that Robert Riether, Esq. receives all future notices.

DATED this 13th day of November, 2019.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Robert Riether, Esq.*
Robert Riether, Esq.
Nevada Bar No. 12076
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
*Attorney for Plaintiff, Ocwen Loan Servicing, LLC*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: November 14, 2019