DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-Mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-Mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-Mail: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139-5974
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for BFP Investments 5, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| OCWEN LOAN SERVICING, LLC, a Florida Company,<br><br>Plaintiff,<br><br>vs.<br><br>BFP INVESTMENTS 5, LLC, a Nevada Limited Liability Company,<br><br>Defendant. | Case No. 2:15-cv-01841-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR BFP INVESTMENTS 5, LLC TO FILE ITS ANSWER TO PLAINTIFF'S AMENDED COMPLAINT** |

BFP Investments 5, LLC ("BFP") and Ocwen Loan Servicing, LLC, ("Ocwen") hereby stipulate as follows:

1. On April 14, 2020, the Court granted in part Plaintiff's Motion to Amend Complaint. [ECF No. 61]

2. Thereafter, on April 15, 2020, Plaintiff filed its First Amended Complaint. [ECF No. 62]

3. Currently, BFP's answer is due April 29, 2020.

4. The parties, however, are engaged in settlement discussions and have agreed as to an amount. The parties are finalizing an agreement as to the language of the settlement agreement, but the parties do not foresee any issues and therefore believe this case will settle.

5. To avoid incurring additional, unnecessary attorneys fees, the parties stipulate that

1  BFP shall have a 30-day extension until May 29, 2020 to file its answer to Plaintiff's First
2  Amended Complaint in the event settlement is not reached.

3      6. This stipulation is not made to delay or cause any prejudice to any party.

DATED this 21st day of April, 2020.

**WRIGHT, FINLAY & ZAK, LLP**

*/s/ Robert A. Riether*
Robert A. Riether, Esq.
Nevada Bar No. 12076
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, Ocwen Loan Servicing, LLC*

DATED this 21st day of April, 2020.

**KIM GILBERT EBRON**

*/s/ Karen L. Hanks*
Karen L. Hanks, Esq.
Nevada Bar No. 9578
7625 Dean Martin Dr., Ste. 110
Las Vegas, NV 89139
*Attorneys for Defendant, BFP Investments 5, LLC*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: April 22, 2020

- 2 -