WRIGHT, FINLAY & ZAK, LLP
Robert A. Riether, Esq.
Nevada Bar No. 12076
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
rriether@wrightlegal.net
*Attorney for Plaintiff, Ocwen Loan Servicing, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| OCWEN LOAN SERVICING, LLC, a Florida Company,<br><br>Plaintiff,<br><br>vs.<br><br>BFP INVESTMENTS 5, LLC, a Nevada Limited Liability Company; PRESCOTT PARK HOMEOWNERS' ASSOCIATION,<br><br>Defendant. | Case No.:  2:15-cv-01841-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR OCWEN LOAN SERVICING, LLC TO FILE ITS RESPONSE TO PRESCOTT PARK HOMEOWNERS' ASSOCIATION'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED between Plaintiff, Ocwen Loan Servicing, LLC ("Ocwen"), by and through its attorney of record, Robert A. Riether, Esq. of the law firm Wright, Finlay & Zak, LLP; and Defendant Prescott Park Homeowners Association ("HOA"), by and through its attorneys of record, Sean L. Anderson, Esq. and Ryan D. Hastings, Esq. of Leach Kern Gruchow Anderson Song, in order to discuss possible resolution of the matter as well as given the COVID-19 related delays, the parties agree to extend the deadline for Ocwen to file its response to HOA's Motion to Dismiss First Amended Complaint [ECF No. 68] from May 27, 2020 to June 10, 2020.

///

///

///

This is the parties' first request for an extension and is not intended to cause any delay or prejudice to any party.

**IT IS SO STIPULATED.**

DATED the 26th day of May, 2020.                    DATED the 26th day of May, 2020.

**WRIGHT, FINLAY & ZAK, LLP**                       **LEACH KERN GRUCHOW ANDERSON SONG**

*/s/ Robert A. Riether*                             */s/ Ryan D. Hastings*
Robert A. Riether, Esq.                             Sean L. Anderson, Esq.
Nevada Bar No. 12076                                Nevada Bar No. 7259
7785 W. Sahara Ave, Suite 200                       Ryan D. Hastings, Esq.
Las Vegas, NV 89117                                 Nevada Bar No. 12394
*Attorneys for Plaintiff, Ocwen Loan*               2525 Box Canyon Drive
*Servicing, LLC*                                    Las Vegas, Nevada 89128
                                                    *Attorneys for Defendant Prescott Park Homeowners Association*

**ORDER**

   **IT IS SO ORDERED.**

   Dated this 27th day of May, 2020.

_____
UNITED STATES MAGISTRATE JUDGE