1  WRIGHT, FINLAY & ZAK, LLP
   Robert A. Riether, Esq.
2  Nevada Bar No. 12076
   7785 W. Sahara Ave., Suite 200
3  Las Vegas, Nevada 89117
   (702) 475-7964; Fax: (702) 946-1345
4  rriether@wrightlegal.net
5  *Attorney for Plaintiff, Ocwen Loan Servicing, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| OCWEN LOAN SERVICING, LLC, a Florida Company,<br><br>                Plaintiff,<br><br>        vs.<br><br>BFP INVESTMENTS 5, LLC, a Nevada Limited Liability Company; PRESCOTT PARK HOMEOWNERS' ASSOCIATION,<br><br>                Defendant. | Case No.:   2:15-cv-01841-APG-EJY<br><br>**STIPULATION AND ORDER TO DISMISS PRESCOTT PARK HOMEOWNERS' ASSOCIATION** |

**IT IS HEREBY STIPULATED** between Plaintiff, Ocwen Loan Servicing, LLC ("Ocwen"), by and through its attorney of record, Robert A. Riether, Esq. of the law firm Wright, Finlay & Zak, LLP; and Defendant Prescott Park Homeowners Association ("HOA"), by and through its attorneys of record, Sean L. Anderson, Esq. and Ryan D. Hastings, Esq. of Leach Kern Gruchow Anderson Song, as follows:

**IT IS HEREBY STIPULATED** that all claims between the Parties are hereby dismissed without prejudice, with each party to bear its own attorney fees and costs;

//

Page 1 of 2

**IT IS FURTHER STIPULATED** that HOA hereby withdraws its pending Motion to Dismiss [ECF No. 68].

**IT IS SO STIPULATED.**

DATED the 2nd day of June, 2020.                    DATED the 2nd day of June, 2020.

**WRIGHT, FINLAY & ZAK, LLP**                       **LEACH KERN GRUCHOW ANDERSON SONG**

*/s/ Robert A. Riether*                             */s/ Ryan D. Hastings*
Robert A. Riether, Esq.                             Sean L. Anderson, Esq.
Nevada Bar No. 12076                                Nevada Bar No. 7259
7785 W. Sahara Ave, Suite 200                       Ryan D. Hastings, Esq.
Las Vegas, NV 89117                                 Nevada Bar No. 12394
*Attorneys for Plaintiff, Ocwen Loan*               2525 Box Canyon Drive
*Servicing, LLC*                                    Las Vegas, Nevada 89128
                                                    *Attorneys for Defendant Prescott Park Homeowners Association*

## ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: June 2, 2020.