1  WRIGHT, FINLAY & ZAK, LLP
   Robert A. Riether, Esq.
2  Nevada Bar No. 12076
   7785 W. Sahara Ave., Suite 200
3  Las Vegas, Nevada 89117
   (702) 475-7964; Fax: (702) 946-1345
4  rriether@wrightlegal.net
5  *Attorney for Plaintiff, Ocwen Loan Servicing, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| OCWEN LOAN SERVICING, LLC, a Florida Company,<br><br>Plaintiff,<br><br>vs.<br><br>BFP INVESTMENTS 5, LLC, a Nevada Limited Liability Company; PRESCOTT PARK HOMEOWNERS' ASSOCIATION,<br><br>Defendant. | Case No.:  2:15-cv-01841-APG-EJY<br><br>**STIPULATION AND ORDER TO DISMISS** |

**IT IS HEREBY STIPULATED** between Plaintiff, Ocwen Loan Servicing, LLC ("Ocwen"), by and through its attorney of record, Robert A. Riether, Esq. of the law firm Wright, Finlay & Zak, LLP; and Defendant BFP Investments 5, LLC ("BFP"), by and through its attorneys of record, Karen L. Hanks, Esq. of the law firm Kim Gilbert Ebron, (collectively, the "Parties"), as follows:

///

///

///

///

///

///

///

**IT IS HEREBY STIPULATED** that all claims between the Parties are hereby dismissed with prejudice, with each party to bear its own attorney fees and costs. The Parties now request this matter to be closed.

**IT IS SO STIPULATED.**

DATED the 30th day of June, 2020.            DATED the 30th day of June, 2020.

**WRIGHT, FINLAY & ZAK, LLP**                **KIM GILBERT EBRON**

*/s/ Robert A. Riether*                       */s/ Karen L. Hanks*
Robert A. Riether, Esq.                       Diana S. Ebron, Esq.
Nevada Bar No. 12076                          Nevada Bar No. 10580
7785 W. Sahara Ave, Suite 200                 Karen L. Hanks, Esq.
Las Vegas, NV 89117                           Nevada Bar No. 9578
*Attorneys for Plaintiff, Ocwen Loan*         7625 Dean Martin Dr., Ste. 110
*Servicing, LLC*                              Las Vegas, NV 89139
                                              *Attorneys for Defendant, BFP Investments 5, LLC*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: July 1, 2020.