WRIGHT, FINLAY & ZAK, LLP
Robert A. Riether, Esq.
Nevada Bar No. 12076
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
rriether@wrightlegal.net
*Attorney for Plaintiff, Ocwen Loan Servicing, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| OCWEN LOAN SERVICING, LLC, a Florida Company, <br><br> Plaintiff, <br><br> vs. <br><br> BFP INVESTMENTS 5, LLC, a Nevada Limited Liability Company; PRESCOTT PARK HOMEOWNERS' ASSOCIATION, <br><br> Defendant. | Case No.:  2:15-cv-01841-APG-EJY <br><br> **AMENDED STIPULATION AND ORDER TO DISMISS** |

   **IT IS HEREBY STIPULATED** between Plaintiff, Ocwen Loan Servicing, LLC

("Ocwen"), by and through its attorney of record, Robert A. Riether, Esq. of the law firm Wright,

Finlay & Zak, LLP; and Defendant BFP Investments 5, LLC ("BFP"), by and through its

attorneys of record, Karen L. Hanks, Esq. of the law firm Kim Gilbert Ebron, (collectively, the

"Parties"), as follows:

///

///

///

///

///

///

1

2

**IT IS HEREBY STIPULATED** that all claims between the Parties are hereby dismissed with prejudice, with each party to bear its own attorney fees and costs.

3

**IT IS SO STIPULATED.**

4

DATED the 1st day of July, 2020.                    DATED the 1st day of July, 2020.

5

6

**WRIGHT, FINLAY & ZAK, LLP**              **KIM GILBERT EBRON**

7

*/s/ Robert A. Riether*                              */s/ Karen L. Hanks*
Robert A. Riether, Esq.                         Diana S. Ebron, Esq.

8

Nevada Bar No. 12076                         Nevada Bar No. 10580
7785 W. Sahara Ave, Suite 200              Karen L. Hanks, Esq.

9

Las Vegas, NV 89117                           Nevada Bar No. 9578
*Attorneys for Plaintiff, Ocwen Loan*       7625 Dean Martin Dr., Ste. 110

10

*Servicing, LLC*                                    Las Vegas, NV 89139

11

*Attorneys for Defendant, BFP Investments 5, LLC*

12

13

14

15

16

**ORDER**

17

**IT IS SO ORDERED.**

18

19

20

_____
UNITED STATES DISTRICT JUDGE

21

Dated: July 1, 2020.

22

23

24

25

26

27

28