1  WRIGHT, FINLAY & ZAK, LLP
2  Robert A. Riether, Esq.
   Nevada Bar No. 12076
3  Rock K. Jung, Esq.
   Nevada Bar No. 10906
4  7785 W. Sahara Ave., Suite 200
   Las Vegas, Nevada 89117
5  (702) 475-7964; Fax: (702) 946-1345
   rriether@wrightlegal.net
6  rjung@wrightlegal.net
7  *Attorneys for Plaintiff, Ocwen Loan Servicing, LLC*

8  **UNITED STATES DISTRICT COURT**

9  **DISTRICT OF NEVADA**

10

| | |
|---|---|
| OCWEN LOAN SERVICING, LLC, a Florida Company,<br><br>Plaintiff,<br><br>vs.<br><br>BFP INVESTMENTS 5, LLC, a Nevada Limited Liability Company; PRESCOTT PARK HOMEOWNERS ASSOCIATION<br><br>Defendants. | Case No.:  2:15-cv-01841-APG-EJY<br><br>**ORDER RELEASING SECURITY BOND** |

Plaintiff, Ocwen Loan Servicing, LLC, by and through its counsel of record, Robert A. Riether, Esq., opened this case by filing a complaint on September 24, 2015. Plaintiff filed a certificate of cash deposit of $500 pursuant to NRS 18.130(1) on December 29, 2015 (ECF No. 14). The Court granted the Amended Stipulation and Order to Dismiss on July 1, 2020. (ECF No. 79).

**IT IS ORDERED** that the $500 deposit, plus interest, be refunded in accordance with the certificate of cash deposit, ECF No. 14, to:

WRIGHT, FINLAY & ZAK, LLP
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117

unless a party objects to this order by no later than 10 days.

_____
UNITED STATES DISTRICT JUDGE
Dated: July 20, 2020.