DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
Email: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
Email: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
Email: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Dr., Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for BFP Investments 5, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| OCWEN LOAN SERVICING, LLC, a Florida Company,<br><br>                    Plaintiff,<br>vs.<br><br>BFP INVESTMENTS 5, LLC, a Nevada Limited Liability Company,<br><br>                    Defendant.<br><br>BFP INVESTMENTS 5, LLC, a Nevada Limited Liability Company,<br><br>Counter-/Cross- Claimant,<br><br>vs.<br><br>OCWEN LOAN SERVICING, LLC, a Florida Company; and SHERRETH Y. JONES, an individual,<br><br>Counter-/Cross- Defendants. | Case No. 2:15-cv-01841-APG-EJY<br><br>**JUDGMENT BY DEFAULT AGAINST SHERRETH Y. JONES** |

      This matter came before the Court on BFP Investments 5, LLC's ("BFP") Motion for Judgment by Default against Sherreth Y. Jones ("Cross-Defendant"). Having considered the motion, including the declarations attached thereto, the Court makes the following findings of fact and conclusions of law:

- 1 -

1. On November 19, 2019, BFP filed a Cross-Complaint [ECF No. 46] for quiet title and injunctive relief against Cross-Defendant, relating to real property located at 8223 Oasis Bloom Street, North Las Vegas, Nevada 89085; Parcel No. 124-07-312-032 ("the Property").

2. Cross-Defendant failed to answer the complaint within the 21-day time limit set forth in FRCP 12. The Clerk of the Court appropriately entered a default against Cross-Defendant on March 26, 2020.

3. Cross-Defendant is not incompetent, an infant, or serving in the United States military.

4. BFP submitted credible evidence in support of its motion in the form of documents obtained from the Official Records of the Clark County Recorder and declarations made under penalty of perjury that demonstrate prima facie grounds sufficient to enter default judgment against Cross-Defendant.

NOW, THEREFORE, pursuant to FRCP 55(b)(2), having considered the evidence and made the foregoing findings of fact and conclusions of law, and finding good cause,

IT IS ORDERED, ADJUDGED AND DECREED that Cross-Defendant, Sherreth Y. Jones, any successors and assigns, have no right, title or interest in the Property and that BFP is the rightful title owner.

IT IS FURTHER ORDERED that this judgment does not adjudicate BFP's claims against, or the defenses of, any other party to this case.

_____
UNITED STATES DISTRICT JUDGE
Dated: August 31, 2020

*Respectfully submitted by:*
**KIM GILBERT EBRON**
/s/ *Jason G. Martinez*
JASON G. MARTINEZ, ESQ.
Nevada Bar No. 13375
7625 Dean Martin Dr., Ste. 110
Las Vegas, NV 89139
*Attorneys for BFP Investments 5, LLC*
DATED this 26th day of August, 2020.