AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

OCWEN LOAN SERVICING, LLC, a Florida Company,

          Plaintiff,

v.

BFP INVESTMENTS 5, LLC, a Nevada Limited Liability Company,

          Defendant.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:15-cv-01841-APG-EJY

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

default judgment is hereby entered in favor of BFP Investments 5, LLC against Cross Defendant Sherreth Jones.

8/31/2020  
Date

DEBRA K. KEMPI  
Clerk

/s/ J. Callo  
Deputy Clerk